THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS RUTHLEDGE, Appellant. [938 NYS2d 436]

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Friedman, J.P., Sweeny, Renwick, DeGrasse and Román, JJ.